Order for the court filed by Chief Judge RADER. Dissent filed by Circuit Judge NEWMAN.
ORDER
RADER, Chief Judge.
A combined petition for panel rehearing and rehearing en banc was filed by the International Trade Commission (ITC). A response was invited by the panel and filed by General Electric Company. The petition for panel rehearing, response, and reply were considered by the panel that heard the appeal.
Upon consideration thereof,
It Is Ordered That:
(1) ITC’s petition for panel rehearing is granted for the limited purpose of withdrawing Part III of the opinion. The panel offers no decision on the questions raised in Part III, which may arise in a future case.
(2) The previous opinion in this appeal issued February 29, 2012 and reported at Gen. Elec. Co. v. Int’l Trade Comm’n, 670 F.3d 1206 (Fed.Cir.2012), is withdrawn and replaced with the revised opinion accompanying this order.
(3) The petition for rehearing en banc has been circulated to the full court.